# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                                                    **NO. 29,020**

**BENJAMIN THEODORE SALGADO,**

Defendant-Appellee.


**APPEAL FROM THE DISTRICT COURT OF GUADALUPE COUNTY**
**Abigail Aragon, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Jacqueline R. Medina, Assistant Attorney General
Albuquerque, NM

for Appellant

Hugh W. Dangler, Chief Public Defender
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**CASTILLO, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. The State has filed a notice of intent not to file a memorandum

in opposition.  We therefore rely on the analysis in the calendar notice.

Affirmed.

**IT IS SO ORDERED.**


_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**


_____
**JONATHAN B. SUTIN, Judge**


_____
**ROBERT E. ROBLES, Judge**